UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MARVIN HARRIS,<br><br>Petitioner,<br><br>v.<br><br>ANDRES MATEVOUSIAN,<br><br>Respondent. | No. 1:16-cv-00242-DAD-JLT<br><br>ORDER DENYING MOTION FOR RELEASE ON BOND PENDING APPEAL AS MOOT<br><br>(Doc. No. 18) |

Petitioner is a federal prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On March 31, 2016, the court issued an order dismissing the petition, thereby terminating the case.  (Doc. No. 11.)  Petitioner filed a notice of appeal on April 14, 2016.  (Doc. No. 13.)  On November 4, 2016, petitioner moved for release on bond pending appeal.  (Doc. No. 18.)  The Ninth Circuit Court of Appeals denied petitioner's requests for a certificate of appealability on December 9, 2016.  (Doc. No. 19.)  Therefore, the motion to be released on bond (Doc. No. 18) has been rendered moot, and is therefore denied.

IT IS SO ORDERED.

Dated:   **January 31, 2017**

UNITED STATES DISTRICT JUDGE

1